UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-2768-MWF(MAAx)** | Date: July 1, 2025 |
| Title | ***Raul Uriarte-Limon v. Tastee Subs, Inc., et al.*** | |

Present: The Honorable:    **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 12, 2024, the parties filed a Second Joint Motion to Stay Case Pending Defense Counsel's Medical Leave. On December 13, 2024, the Court filed its Order Granting Second Joint Motion to Stay Case (the "Order"). (Docket Nos. 28 and 29). The Order stayed this action until June 11, 2025. Further, the Order required the parties to file a Joint Rule 26(f) Report on or before that date.

The parties have not filed a Joint Rule 26(f) Report, and no request to further extend the stay has been filed.

The parties are ORDERED to file a status report, a Joint Rule 26(f) Report, or a further request to extend the stay no later than **JULY 18, 2025**, in response to this Court's Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. This Order to Show Cause will stand submitted upon the filing of the response.

IT IS SO ORDERED.