JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TASTEE SUBS, INC., et al.,<br><br>　　　　Defendants. | Case No. 24-2768-MWF(MAAx)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |

　　The Court has read and considered Plaintiff's OSC Response and Motion to Dismiss Case Without Prejudice (the "Motion"). (Docket No. 31). For good cause shown, the Court GRANTS the Motion and ORDERS as follows:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED without prejudice.

　　**IT IS SO ORDERED.**

Dated:  July 21, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-